**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FARD ABDUR RAHMAN DICKERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO.  12-1528** |
| **SHERIFF MARLIN GUSMAN,** | **SECTION "A"(4)** |
| **ORLEANS PARISH SHERIFF'S** | |
| **MEDICAL DEPARTMENT, DR. GRAY** | |

**O R D E R**

The Court, having considered the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the plaintiff Fard Abdur Rahman Dickerson's 42 U.S.C. § 1983 claims against the Medical Department at the Orleans Parish Prison be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Dickerson's § 1983 claims of denial of his right to free exercise of religion urged against Sheriff Marlin Gusman and of denial of adequate medical care against Dr. Gray shall proceed forward.

November 6, 2012

_____
UNITED STATES DISTRICT JUDGE

**CLERK TO SEND NEF
TO MAGISTRATE JUDGE**