UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FARD ABDUR RAHMAN DICKERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1528** |
| **SHERIFF MARLIN GUSMAN,**<br>**ORLEANS PARISH SHERIFF'S**<br>**MEDICAL DEPARTMENT, DR. GRAY** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Fard Abdur Rahman Dickerson's 42 U.S.C. § 1983 complaint against the defendants, Sheriff Marlin Gusman and Dr. Gray, is **DISMISSED WITH PREJUDICE** for failure prosecute pursuant to Fed. R. Civ. P. 41(b).

April 2, 2013

_____
UNITED STATES DISTRICT JUDGE